# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00364-CV

**Shawn A. Richeson, Appellant**

**v.**

**Tracey Lynn Snider, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 202140-C, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Shawn A. Richeson has notified this Court that he desires to withdraw his notice of appeal and not pursue the appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1) (voluntary dismissal).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith

Dismissed

Filed:   July 29, 2004